UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

United States of America,

vs.

Steve Anthony Shand,

Defendant.

EIGHTH AMENDED
ARRAIGNMENT NOTICE AND
SCHEDULING ORDER

Criminal No. 22-cr-40 (JRT/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

On December 15, 2022, the Defendant filed a seventh Motion for Continuance of Motion Filing Date and Motion Hearing [Docket No. 39], as well as, a Statement of Facts in Support of Exclusion of Time Under the Speedy Trial Act [Docket No. 40].  The Defendant requests a forty-five (45) day continuance review discovery, analyze his matter, and discuss options for resolving his case.  The Defendant and his family are continuing to recover from Hurricane Ian, which has hampered his ability to fully participate in this matter.  The Government has no objection to continuing the matter.

Accordingly, **PLEASE TAKE NOTICE** that the Arraignment of the above-named Defendant is set for **Tuesday, February 21, 2023, at 1:30 p.m.**, in Courtroom 3 of the Gerald W. Heaney Federal Building, 515 West First Street, Duluth, Minnesota.

**Pursuant to Local Rule 12.1 (copy attached), IT IS HEREBY ORDERED that:**

1.      The Defendant's sixth Motion for Continuance of Motion Filing Date and Motion Hearing [Docket No. 36] is **GRANTED**.

2.      The Court finds that such continuance best serves the ends of justice and that such ends outweigh the interests of the public and the defendant in a speedy trial in this matter under

18 U.S.C. §3161(h) (7)(A). Having made these findings, the Court excludes the time from December 15, 2022, to January 30, 2023, from speedy trial considerations in this proceeding.

3.      The parties must disclose the identity of any expert witness and make all expert disclosures required by Federal Rule of Criminal Procedure 16 no later than 28 days before trial. The parties must disclose the identity of any expert who will testify in rebuttal of an expert witness and make all disclosures as to such expert required by Federal Rule of Criminal Procedure 16 no later than 14 days before trial. Fed. R. Civ. P. 16(a)(1)(G).

4.      All Motions in the above-entitled case must be filed and served through CM/ECF consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **January 30, 2023**[1]. D. Minn. LR 12.1(c).   One courtesy copy of all motions and responses must be delivered directly to the chambers of Magistrate Judge Leo I. Brisbois.[1]

5.      **Counsel must electronically file a letter on or before January 30, 2023, if no Motions will be filed and there is no need for Hearing.**

6.      All Responses to Motions must be filed by **February 13, 2023**.  D. Minn. LR 12.1(c)(2).

7.      Any Notice of Intent to call Witnesses[2] must be filed by **February 13, 2023**.  D. Minn. LR. 12.1(c)(3)A).

---

[1]"Before filing a motion under Fed. R. Crim. P. 12(b), the moving party must confer with the responding party.  The parties must attempt in good faith to clarify and narrow the issues in dispute."  D. Minn. LR 12.1(b).

[1] U.S. Mail or hand-deliver to Room 412, Gerald W. Heaney Federal Building and U.S. Courthouse, 515 W. First St., Duluth, Minnesota 55802.

[2] "When a party intends to call witnesses at a hearing on a motion under Fed. R. Crim. P. 12(b), the party must file a notice within 35 days after the arraignment.  The notice must identify the number of witnesses whom the party intends to call, the motion or motions that each witness will be addressing, and the estimated duration of each witness's testimony."  D. Minn. LR 12.1(c)(3)(A).

8.      Any Responsive Notice of Intent to Call Witnesses[3] must be filed by **February 16, 2023**.

9.      A Motions Hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

      a.      The Government makes timely disclosures and Defendant identifies in the motions particularized matters for which an evidentiary hearing is necessary; or

      b.      Oral argument is requested by either party in its Motion, objection or response pleadings.

10.     If required, the Motions Hearing will be conducted before United States Magistrate Judge Leo I. Brisbois on **Tuesday, February 21, 2023, at 1:30 p.m.**, Courtroom No. 3, Gerald W. Heaney Federal Building and U.S. Courthouse, 515 West First Street, Duluth, Minnesota.  D. Minn. LR 12.1(d).

11.     **TRIAL:**

a.      **IF NO PRETRIAL MOTIONS ARE FILED BY DEFENDANT, the following Trial and Trial-related dates are**:

That Voir Dire, Jury Instructions and Motions-in-Limine shall be filed with Chief District Judge John R. Tunheim's Chambers on or before **April 10, 2023**.

Trial will commence on **April 17, 2023, at 9:00 a.m., before Chief District Judge John R. Tunheim, in Courtroom 2, Edward J. Devitt Federal Building and U.S. Courthouse, 118 South Mill Street, Fergus Falls, Minnesota.**

---

[3] "If after reviewing a notice under LR 12(c)3), a party intends to call witnesses at the same hearing, that party must file a responsive notice within 38 days after the arraignment.  The responsive party must identify the number of witnesses whom the party intends to call, the motion or motions each witness will be addressing, and the estimated duration of each witness's testimony."  D. Minn. LR 12.1(c)(3)(B).

b.      **IF PRETRIAL MOTIONS ARE FILED, the trial date, and other related dates, will be rescheduled following the ruling on Pretrial Motions.  Counsel must contact the Courtroom Deputy for Chief District Judge John R. Tunheim to confirm the new trial date.**

BY THE COURT:

DATED:  December 16, 2022

s/Leo I. Brisbois
Hon. Leo I. Brisbois
U.S. MAGISTRATE JUDGE