UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Criminal No. 22-cr-40 (JRT/LIB) |
| vs. | |
| | **ORDER** |
| Steve Anthony Shand, | |
| Defendant. | |

---

An Arraignment and Motions Hearing in this matter is currently set for **Monday, May 22, 2023, at 10:30 a.m.**, in Courtroom 3 of the Gerald W. Heaney Federal Building, 515 West First Street, Duluth, Minnesota. [Docket No. 49]. On May 18, 2023, the parties filed a letter, [Docket No. 56], jointly requesting that the motions hearing be cancelled, and that the pending motions be decided on the written submissions. The parties further request that the arraignment hearing be continued to a date and time where it can be conducted via video conference. Based upon review of the files and for good cause shown, **IT IS HEREBY ORDERED** that:

1. The Arraignment and Motions Hearing in this matter, currently set for Monday, May 22, 2023, at 10:30 a.m., in Courtroom 3 of the Gerald W. Heaney Federal Building, 515 West First Street, Duluth, Minnesota, is **CANCELLED**;

2. The Court will take the Defendant's pending motions [Docket Nos. 52, 53, 54], and the Government's pending motion [Docket No. 15], under advisement on May 22, 2023, based on the parties' written submissions, which were timely filed on CM/ECF; and

3. The Arraignment in this matter is **RESCHEDULED** for Friday, May 26, 2023, at 10:30 a.m. before Magistrate Judge Leo I. Brisbois via video conference using the

Zoom platform. Log-in instructions will be emailed to counsel under separate cover.

DATED: May 18, 2023

s/Leo I. Brisbois
Hon. Leo I. Brisbois
U.S. MAGISTRATE JUDGE