# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL | |
| | ) | BEFORE: Leo I. Brisbois | |
| Plaintiff, | ) | U.S. Magistrate Judge | |
| | ) | | |
| v. | ) | Case No: | 22-cr-40 (JRT/LIB) |
| | ) | Date: | September 11, 2023 |
| Steve Anthony Shand, | ) | Courthouse: | St. Paul |
| | ) | Courtroom: | Telephone from Chambers |
| Defendant, | ) | Court Reporter: | NA |
| | | Time Commenced: | 11:00 a.m. |
| | | Time Concluded: | 11:17 a.m. |
| | | Time in Court: | 17 minutes |

## TELEPHONE STATUS CONFERNCE

APPEARANCES:

    Plaintiff:                   Laura Provinzino, Assistant U.S. Attorney
    Defendant:              Aaron J. Morrison, Assistant Federal Defender


Proceedings:

X Status Conference


                                                                                                      s/JLB
                                                                             Signature of Courtroom Deputy