UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVE ANTHONY SHAND,<br><br>Defendant. | Crim. No. 22-40 (JRT/LIB)<br><br>**JOINT MOTION FOR CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT,** 18 U.S.C. § 3161 *et seq.* |

The United States of America and Steve Anthony Shand, by and through his undersigned attorney, respectfully move the Court for an order continuing this matter for trial on a date to be set and excluding time from computation under the Speedy Trial Act as set forth below. In support of the motion, the parties submit:

1. This is a complex matter;

2. Trial is currently scheduled for December 18, 2023;

3. The United States has indicated the possibility of filing a superseding indictment, and additional time will allow the parties to prepare for possible further charges;

4. Additional time may enable all potential charges to be resolved without one or more separate indictments and therefore avoid the need for multiple trials;

5. The defendant is not in custody; and

6. The continuance and exclusion of time are warranted pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) because this case is complex and

permitting the parties adequate time to address the above issues will serve the ends of justice, which outweighs the interests of the public and the defendants in a speedy trial, in accordance with 18 U.S.C. § 3161(h)(7)(A).

The parties therefore request that this matter be continued for trial on a date to be scheduled and that the time from December 18, 2023, to said date be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*. The parties believe a timer period of 60 days will be sufficient.

                                                  Respectfully submitted,

Dated: December 5, 2023.             ANDREW M. LUGER
                                                  United States Attorney

                                                  *s/ Laura Provinzino*
                                                  _____
                              By:   Laura Provinzino
                                         Assistant U.S. Attorney

                                                 *s/ Aaron Morrison*
                                                 _____
                                                 AARON J. MORRISON
                                                 Assistant Federal Defender
                                                 Counsel for Steve Shand