UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVE ANTHONY SHAND,<br><br>Defendant. | Crim. No. 22-40 (JRT/LIB)<br><br>**JOINT MOTION FOR CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161** *et seq.* |

The United States of America and Steve Anthony Shand, by and through his undersigned attorney, respectfully move the Court for an order continuing this matter for trial on a date to be set and excluding time from computation under the Speedy Trial Act as set forth below. In support of the motion, the parties submit:

1. This is a complex matter;

2. Trial is currently scheduled for February 20, 2024;

3. The United States has indicated the possibility of filing a superseding indictment, and additional time will allow the parties to prepare for possible further charges;

4. Additional time may enable all potential charges to be resolved without one or more separate indictments and therefore avoid the need for multiple trials;

5. The defendant is not in custody;

6. Counsel for the undersigned parties have recently completed trial and counsel for the Government is currently scheduled to begin trial on February 26, 2024; and

7. The continuance and exclusion of time are warranted pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) because this case is complex and permitting the parties adequate

1

time to address the above issues will serve the ends of justice, which outweighs the interests of the public and the defendants in a speedy trial, in accordance with 18 U.S.C. § 3161(h)(7)(A).

The parties therefore request that this matter be continued for trial on a date to be scheduled and that the time from February 20, 2024, to said date be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161 et seq. The parties believe a timer period of 30 days will be sufficient.

Respectfully submitted,

Dated: February 13, 2024.

ANDREW M. LUGER
United States Attorney
s/Laura Provinzino

_____
By: Laura Provinzino
Assistant U.S. Attorney


s/ Aaron Morrison
_____
AARON J. MORRISON
Assistant Federal Defender
Counsel for Steve Shand