UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-40 (JRT/LIB)

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | GOVERNMENT'S NOTICE OF INTENT TO OFFER EVIDENCE UNDER FEDERAL RULES OF EVIDENCE 902(11), (13), AND (14) |
| v. | |
| (1) HARSHKUMAR RAMANLAL PATEL a/k/a "Dirty Harry," a/k/a Harry Patel, a/k/a Param Singh, a/k/a Haresh Rameshlal Patel, a/k/a Harshkumar Singh Patel, and (2) STEVE ANTHONY SHAND, | |
| Defendants. | |

The United States of America by and through its attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, Assistant United States Attorney Michael P. McBride and Trial Attorney Ryan Lipes, hereby gives notice of its intent to offer evidence under Federal Rules of Evidence 902(11), (13), and (14).

## INTRODUCTION

Defendants Harshkumar Ramanlal Patel and Steve Anthony Shand have been indicted by a grand jury for, among other things, conspiring to bring aliens to the United States and transport aliens within the United States,

1

resulting in serious bodily injury and placing lives in jeopardy. Trial is set to begin on November 18, 2024.

The government anticipates moving for the admission of business records and cell phone extractions (or portions of cell phone extractions), which have been provided to the defense in discovery. This pleading provides notice of the government's intent to use declarations and certifications under Federal Rules of Evidence 902(11), (13), and (14).

## I. Self-Authenticating Documents Under Rule 902(11)

The Federal Rules of Evidence allow for business records to be admitted in evidence at trial without a custodian of records testifying about their authenticity. *See* Fed. R. Evid. 902(11). Rule 902(11) also directs the party intending to offer a record in evidence under the rule to provide notice and to make the documents and declarations available to the opposing party.

Federal Rule of Evidence 104(a) provides that preliminary questions concerning the admissibility of evidence shall be determined by the Court, and that in making such determinations courts are "not bound by the rules of evidence" (except those with respect to privileges). The government seeks to admit the documents themselves and not the declarations.

Under Rule 902(11), the government hereby gives notice that its trial exhibits may include business records from the following entities, authenticated by a certification of the records custodian:

| Entity | Summary of Records | Bates Number of 902(11) Certification | Bates Numbers of Underlying Records |
|---|---|---|---|
| T-Mobile US, Inc. | Subscriber, Call Detail, Cell Site, and Timing Advance Records for (386) 265-2408 and (646) 610-0618 | 695 | 667-733 |
| T-Mobile US, Inc. | Subscriber, Call Detail, Cell Site, and Timing Advance Records for (386) 479-5315 | 735 | 734-754 |
| Verizon | Subscriber, Call Detail, and Cell Site Records for (386) 209-1996 | 773 | 766-801 |
| Bank of America | Bank of America accounts -1110 (Shand's Taxi, LLC), -0875 (Stephanie Brown), -1123 (Shand's Taxi, LLC), -3869 (Steve Shand), -7033 (Steve Shand and Stephanie Brown), and -8879 (Stephanie Brown) | 5888-5889 | 5135-7079 |
| Enterprise | Car rental records for Enterprise, Alamo, and National for Steve Shand | 2012 | 622-629 |
| Avis | Rental car records for Stephanie Brown | 7366 | 7367 |
| Hertz | Rental car records for Fenil Patel | 2021 | 2027-2029 |

| Delta | Shand's Delta records | 617 | 503-515 |
|---|---|---|---|
| Delta | Stephanie Brown's Delta records | 7368 | 7369-7376 |
| Southwest | Steve Shand's Southwest records | 2045 | 632-641 |
| Kittson Health Care | Medical records for victims P.C. and M.P. | 1083 | 1082-1132 |
| HealthPartners | Medical records for victim P.C. | 1134 | 1133-1534 |
| Capital One | Capital One account -2498 (Haresh Patel) | Certification provided by email; bates stamped version forthcoming | Records provided by email; bates stamped version forthcoming |

As noted above, the certifications and the underlying records have been provided in discovery.

## II. Self-Authenticating Records Under Rules 902(11), (13) and (14)

The Federal Rules of Evidence provide that certain records are self-authenticating through certification under Federal Rules of Evidence 902(13) and 902(14):

> ***902(13) Certified Records Generated by an Electronic Process or System.*** A record generated by an electronic process or system that produces an accurate result, as shown by a certification of a qualified person that complies with the certification requirements of Rule 902(11) or (12). The proponent must also meet the notice requirements of Rule 902(11).
>
> ***902(14) Certified Data Copied from an Electronic Device, Storage Medium, or File.*** Data copied from an electronic device, storage medium, or file, if authenticated by a process of digital

4

identification, as shown by a certification of a qualified person that complies with the certification requirements of Rule (902)(11) or (12). The proponent also must meet the notice requirements of Rule 902 (11).

Under Rules 902(11), (13), and (14), the government hereby gives notice that its trial exhibits may include the following certified cell phone extractions, or portions of those extractions:

| Extraction File Name | Summary of Extraction | Certification Exhibit Number | Certification Signed By |
| --- | --- | --- | --- |
| A12_2022-03-01_Report.ufdr | Steve Shand's Samsung Galaxy A12 with IMEI number 359011830852004, using the phone number (386)-209-1996 | Exhibit 1 | Special Agent Jesse Smith |
| G991U_2022-03-02_Report.ufdr | Steve Shand's Samsung Galaxy S21 Model SM-G991U with IMEI number 350336260884618, using the phone number (386)-479-5315 | Exhibit 1 | Special Agent Jesse Smith |
| GK24-0025 iPhone 13 Pro-Max.ufdr | Harshkumar Patel's Cell Phone | Exhibit 2 | Lisa Gemar |

These cell phone extractions have all been turned over as native media (via flash drive or hard drive) in discovery. Should counsel need a new copy, please contact us at your earliest convenience.

These certifications, in compliance with Federal Rules of Evidence 902(11), (13), and (14), are attached to this notice as Exhibits 1 and 2.

## CONCLUSION

The government hereby provides notice of its intent to introduce business records and cell phone extractions through Rule 902(11), (13), and (14) declarations.

Dated: October 21, 2024

Respectfully submitted,

ANDREW M. LUGER
United States Attorney

By: */s/ Ryan Lipes*
Ryan Lipes
Trial Attorney
U.S. Department of Justice
N.Y. Bar No. 5404843
(202) 514-4715
Ryan.Lipes@usdoj.gov

Michael P. McBride
Assistant United States Attorney
MN Bar No. 0397292