## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11), (13), & (14)

I, Jesse M. Smith, being a Special Agent of the North Dakota Bureau of Criminal Investigation, state as follows:

1. I am a Special Agent and Digital Forensics Examiner assigned to the North Dakota Bureau of Criminal Investigation Cyber Crime Unit since September 2010.

2. I have been a certified Forensic Computer Examiner since 2012, and a Cellebrite Certified Physical Analyst and Logical Operator since 2014. I have received training and certification from the International Association of Computer Investigative Specialists (IACIS), Cellebrite, and others. I have examined hundreds of digital devices in my career. I have also continued my education by attending numerous other trainings specifically for the recovery of data from mobile devices. I was trained in the proper use of Cellebrite software and hardware. My curriculum vitae is attached to this certification.

3. The Cellebrite software forensically extracts data from mobile devices. Cellebrite Premium is a device used to recover data along with passcodes used to lock mobile devices. Cellebrite Physical Analyzer Forensic software identifies, indexes, and processes the data and puts the recovered

1

data into a human-readable format. Cellebrite software transfers the recovered data into electronic reports.

4. As relevant to this certification, I received from Homeland Security Investigations (HSI) the following two devices for forensic extraction:

    a. Samsung Galaxy A12 with IMEI number 359011830852004, using the phone number (386)-209-1996

    b. Samsung Galaxy S21 Model SM-G991U with IMEI number 350336260884618, using the phone number (386)-479-5315

### A. Defendant Steve Shand's Samsung Galaxy A12

5. I affirm that the records in the data extraction of the **Samsung Galaxy A12 with IMEI number 359011830852004, using the phone number (386)-209-1996** were retrieved and duplicated using Cellebrite Premium. I loaded the extractions into Cellebrite Physical Analyzer and generated a UFED Reader report, which was provided to HSI.

6. I processed the extraction of the **Samsung Galaxy A12 with IMEI number 359011830852004, using the phone number (386)-209-1996**, and later compared the hash value[1] post-processing to the original extraction hash. Based on my comparison of hash values, and based on my training and experience, the records contained in the file "**A12_2022-03-**

---

[1] A hash value is a unique numerical value that is often represented as a sequence of characters and is produced by an algorithm based upon the digital contents of a drive, medium, or file.

01_Report.ufdr," identified as Government's Exhibit \_\_\_\_, were generated from an exact copy of the data extracted from the **Samsung Galaxy A12 with IMEI number 359011830852004, using the phone number (386)-209-1996.**

B.   <u>Defendant Steve Shand's Samsung Galaxy S21</u>

7.   I affirm the records in the data extraction of the **Samsung Galaxy S21 Model SM-G991U with IMEI number 350336260884618, using the phone number (386)-479-5315** were retrieved and duplicated using Cellebrite Premium. I loaded the extractions into Cellebrite Physical Analyzer and generated a UFED Reader report, which was provided to HSI.

8.   I processed the extraction of the **Samsung Galaxy S21 Model SM-G991U with IMEI number 350336260884618, using the phone number (386)-479-5315**, and later compared the hash value post-processing to the original extraction hash. Based on my comparison of hash values, and based on my training and experience, the records contained in the file "**G991U_2022-03-02_Report.ufdr**," identified as Government's Exhibit \_\_\_\_, were generated from an exact copy of the data extracted from the **Samsung Galaxy S21 Model SM-G991U with IMEI number 350336260884618, using the phone number (386)-479-5315.**

9. I tested the software that I utilized to extract and analyze the data for this case to ensure accuracy of the software that was used.

10. I further state that this certification is intended to satisfy Federal Rules of Evidence Rules 902(13) and 902(14) and the notice requirements of Federal Rule of Evidence 902(11).

11. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that this

Certification is true and correct to the best of my knowledge, information, and belief.

Dated: 10/15/2024

Jesse M. Smith