## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11), (13), & (14)

I, <u>Lisa Gemar</u>, being a Computer Forensics Analyst of Homeland Security Investigations, state as follows:

1. I am a Computer Forensics Analyst assigned to the U.S. Department of Homeland Security – Homeland Security Investigations since May 2022. Before that, I was an intelligence analyst and criminal analyst since December 2006.

2. I am a certified Forensic Computer Examiner. I have received training in, among other things, Magnet AXIOM, Cell Phone Investigations, and UFED Logical & Physical Analysis. I have received training and certification from the International Association of Computer Investigative Specialists (IACIS). I have also continued my education by attending numerous other trainings specifically for the recovery of data from mobile devices. I was trained in the proper use of Cellebrite software and hardware. My curriculum vitae is attached to this certification.

3. The Cellebrite software forensically extracts data from mobile devices. Cellebrite Premium is a device used to recover data along with passcodes used to lock mobile devices. Cellebrite Physical Analyzer Forensic software identifies, indexes, and processes the data and puts the recovered

data into a human-readable format. Cellebrite software transfers the recovered data into electronic reports.

4. As relevant to this certification, I received from Homeland Security Investigations (HSI) the following device for forensic extraction:

    a. GK24-0025 iPhone 13 Pro-Max with IMEI number 353869220320890, using the phone number 256-975-4946

5. I affirm that the records in the data extraction of the **GK24-0025 iPhone 13 Pro-Max with IMEI number 353869220320890, using the phone number 256-975-4946**, were retrieved and duplicated using Cellebrite Premium. I loaded the extractions into Cellebrite Physical Analyzer and generated a UFED Reader report, which was provided to HSI.

6. I processed the extraction of the **GK24-0025 iPhone 13 Pro-Max with IMEI number 353869220320890, using the phone number 256-975-4946**, and later compared the hash value[1] post-processing to the original extraction hash. Based on my comparison of hash values, and based on my training and experience, the records contained in the file "**GK24-0025 iPhone 13 Pro-Max.ufdr**," identified as Government's Exhibit ____, were generated from an exact copy of the data extracted from the **GK24-0025 iPhone 13 Pro-**

---

[1] A hash value is a unique numerical value that is often represented as a sequence of characters and is produced by an algorithm based upon the digital contents of a drive, medium, or file.

Max with IMEI number 353869220320890, using the phone number 256-975-4946.

7. I tested the software that I utilized to extract and analyze the data for this case to ensure accuracy of the software that was used.

8. I further state that this certification is intended to satisfy Federal Rules of Evidence Rules 902(13) and 902(14) and the notice requirements of Federal Rule of Evidence 902(11).

9. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that this Certification is true and correct to the best of my knowledge, information, and belief.

Dated: 10/21/2024

_____
Lisa Gemar