*KATHERIAN D. ROE
Federal Defender

*MANNY ATWAL
First Assistant Defender

CHAD M. SPAHN
Senior Investigator

*MSBA Certified Criminal Law Specialist

**OFFICE OF THE**
**FEDERAL DEFENDER**
**District of Minnesota**
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5858
Fax: 612-664-5850

JAMES BECKER
ROB MEYERS
ERIC RIENSCHE
LISA LOPEZ
*JEAN BRANDL
MATTHEW DEATES
*AARON MORRISON
DAN HUDDLESTON
SIRI CARLSON MCDOWELL
AMBROISE DECILAP
KATE ADAMS
Assistant Defenders

November 16, 2024

***VIA ECF***

The Honorable John R. Tunheim
United States District Judge
300 South Fourth Street
Minneapolis, MN 55415

    Re:   <u>United States v. Steve Shand</u>
          *Case No.:* 22-cr-40

Dear Judge Tunheim:

Counsel for Steve Shand has reviewed the Government's November 15, 2024, correspondence to the Court (ECF #164) regarding Count 4 of the second superseding indictment. Assuming Counsel is correctly reading the Government's letter, Mr. Shand agrees with the Government's position. Namely, that Count 4 is properly charged, that the maximum sentencing exposure is five years, and the financial gain enhancement will be presented as an element of the offense.

If you have any questions, please do not hesitate to contact me.

Sincerely,

*s/ Aaron Morrison*

Aaron Morrison
Assistant Federal Defender

AM/sls