# United States District Court
### STATE AND DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA<br>v.<br>HARSHKUMAR RAMANLAL PATEL, et al., | | GOVERNMENT'S EXHIBIT LIST<br>NO. 22-40 (JRT/LIB) |
|---|---|---|
| **DISTRICT COURT JUDGE**<br>John R. Tunheim | **GOVERNMENT'S ATTORNEY**<br>Michael P. McBride, AUSA<br>Ryan Lipes, Trial Attorney | **DEFENDANT'S ATTORNEY**<br>Aaron Morrison, Esq.<br>Lisa Lopez, Esq.<br>Thomas Leinenweber, Esq.<br>Thomas Plunkett, Esq. |
| **TRIAL DATE(S)**<br>November 18, 2024 | **COURT REPORTER** | **COURTROOM DEPUTY** |

| EX. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| 1A | 11/19/24 | ✓ | ✓ | NDAWN Data |
| 1B | 11/19/24 | ✓ | ✓ | Select NDAWN Dawn 3am-8am |
| 3 | 11/19/24 | ✓ | ✓ | Map of area |
| 4 | 11/19/24 | ✓ | ✓ | Photos of van |
| 5 | 11/19/24 | ✓ | ✓ | Enterprise Rental Agreement from Van |
| 6 | 11/19/24 | ✓ | ✓ | Alamo Rental Agreement from Van |
| 7 | 11/19/24 | ✓ | ✓ | La Quinta Receipt from Van |
| 8 | 11/19/24 | ✓ | ✓ | Walmart Receipt |
| 9 | 11/19/24 | ✓ | ✓ | Shoeprint from Previous Smuggling Event |
| 10 | 11/19/24 | ✓ | ✓ | Photos of Tracks |
| 11 | 11/19/24 | ✓ | ✓ | Photos of Migrants' Boots and Clothing |
| 12 | 11/19/24 | ✓ | ✓ | Dhobi Backpack |
| 13 | 11/19/24 | ✓ | ✓ | Photos of Dhobi Backpack and Contents |
| 14 | 11/19/24 | ✓ | ✓ | Photos of Patel Family from Dhobi's Backpack |
| 15 | 11/19/24 | ✓ | ✓ | Prescription in Dhobi's Backpack for Jagdish Patel |
| 18 | 11/19/24 | ✓ | ✓ | Arpitkumar Patel - Record of Deportable Alien with Photo |
| 19 | 11/19/24 | ✓ | ✓ | Maheshbai Patel - Record of Deportable Alien with Photo |
| 20 | 11/19/24 | ✓ | ✓ | Princekumar Chaudhari - Record of Deportable Alien with Photo |
| 21 | 11/19/24 | ✓ | ✓ | Sumitkumar Patel - Record of Deportable Alien with Photo |
| 22 | 11/19/24 | ✓ | ✓ | Yash Patel - Record of Deportable Alien with Photo |

SCANNED NOV 25 2024 U.S. DISTRICT COURT MPLS

| EX. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| 23 | 11/19/24 | ✓ | ✓ | Varshil Dhobi - Record of Deportable Alien with Photo |
| 24 | 11/19/24 | ✓ | ✓ | Priyanka Chaudhari - Record of Deportable Alien with Photo |
| 25 | 11/19/24 | ✓ | ✓ | Arpitkumar Patel - Canadian Student Visa |
| 26 | 11/19/24 | ✓ | ✓ | Arpitkumar Patel - Passport |
| 27 | 11/19/24 | ✓ | ✓ | Maheshbai Patel and Priyanka Chaudhari Passport |
| 28 | 11/19/24 | ✓ | ✓ | Princekumar Chaudhari Passport |
| 29 | 11/19/24 | ✓ | ✓ | Sumitkumar Patel - Canadian Student Visa |
| 30 | 11/19/24 | ✓ | ✓ | Sumitkumar Patel Passport |
| 31 | 11/19/24 | ✓ | ✓ | Yash Patel - Canadian Student Visa |
| 32 | 11/19/24 | ✓ | ✓ | Yash Patel Passport |
| 33 | 11/19/24 | ✓ | ✓ | Varshil Dhobi - Canadian Student Visa |
| 34 | 11/19/24 | ✓ | ✓ | Varshil Dhobi Passport |
| 35 | 11/19/24 | ✓ | ✓ | Shand Samsung Galaxy A12 and S21 |
| 38 | 11/20/24 | ✓ | ✓ | Harry Patel iPhone 13 |
| 39 | 11/20/24 | ✓ | ✓ | Harry Patel Maryland ID |
| 40 | 11/20/24 | ✓ | ✓ | Photo of Harry Patel Maryland ID |
| 42 A-I | 11/20/24 | ✓ | ✓ | Shand Cell Phone Extraction 1 - Samsung Galaxy A12 |
| 43 A-G | 11/20/24 | ✓ | ✓ | Shand Cell Phone Extraction 2 - Samsung Galaxy S21 |
| 45 A-B | 11/20/24 | ✓ | ✓ | Harry Patel iPhone 13 Extraction |
| 46 | 11/20/24 | ✓ | ✓ | Summary of Cell Phone Data |
| 47 | 11/20/24 | ✓ | ✓ | Priyanka Chaudhari Hospital Photographs |
| 48 | 11/20/24 | ✓ | ✓ | Priyanka Chaudhari Boots |
| 49 | 11/20/24 | ✓ | ✓ | Photos of Priyanka Chaudhari Boots |
| 50 | 11/20/24 | ✓ | ✓ | Priyanka Chaudhari Medical Records - Kittson |
| 52 | 11/20/24 | ✓ | ✓ | Priyanka Chaudhari Medical Records - HealthPartners |
| 53 | 11/19/24 | ✓ | ✓ | Photo of Fenil Patel |
| 54 | 11/20/24 | ✓ | ✓ | RCMP Crime Scene Photos |
| 55 | 11/20/24 | ✓ | ✓ | D.P. Passport |
| 56 | 11/20/24 | ✓ | ✓ | V.P. Passport |
| 57 | 11/20/24 | ✓ | ✓ | Jagdish Patel Passport |
| 58 | 11/20/24 | ✓ | ✓ | Vaishaliben Patel Passport |
| 59 | 11/20/24 | ✓ | ✓ | Certified Copy of Patel A-File |
| 60 | 11/21/24 | ✓ | ✓ | Capital One Records - Haresh Patel |
| 61 | 11/20/24 | ✓ | ✓ | Bank of America Account 0875 |
| 62 | 11/20/24 | ✓ | ✓ | Bank of America Account 3869 |
| 63 | 11/20/24 | ✓ | ✓ | Bank of America Account 7033 |

| EX. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| 64 | 11/20/24 | ✓ | ✓ | Bank of America Account 8879 |
| 65 | 11/21/24 | ✓ | ✓ | Enterprise Records |
| 66 | 11/21/24 | ✓ | ✓ | Avis Records |
| 67 | 11/21/24 | ✓ | ✓ | Hertz Records |
| 68 | 11/21/24 | ✓ | ✓ | Turo Records |
| 69 | 11/21/24 | ✓ | ✓ | Delta Records - Shand |
| 70 | 11/21/24 | ✓ | ✓ | Delta Records - Brown |
| 71 | 11/21/24 | ✓ | ✓ | Southwest Records |
| 72 | 11/21/24 | ✓ | ✓ | American Airlines Records |
| 73 | 11/21/24 | ✓ | ✓ | Summary of Airline Records |
| 74 | 11/21/24 | ✓ | ✓ | Summary of Bank of America Records |
| 75 | 11/21/24 | ✓ | ✓ | Summary of Car Rental Records |
| 77 | 11/20/24 | ✓ | ✓ | T-Mobile Subscriber Records for -0618 |
| 78 | 11/20/24 | ✓ | ✓ | T-Mobile CDR for -0618 |
| 79 | 11/20/24 | ✓ | ✓ | T-Mobile Subscriber Records for -2408 |
| 80 | 11/20/24 | ✓ | ✓ | T-Mobile CDR for -2408 |
| 81 | 11/20/24 | ✓ | ✓ | T-Mobile Subscriber Records for -5315 |
| 82 A-G | 11/20/24 | ✓ | ✓ | T-Mobile CDR for -5315 |
| 83 | 11/20/24 | ✓ | ✓ | Verizon Subscriber Records for -1996 |
| 84 A-C | 11/20/24 | ✓ | ✓ | Verizon CDR for -1996 |
| 87 | 11/21/24 | ✓ | ✓ | CAST PowerPoint |
| 88 | 11/20/24 | ✓ | ✓ | Patel Arrest Fingerprints |
| 89 | 11/20/24 | ✓ | ✓ | Summary of Calls between -0618 and -4952 |
| 90A | 11/19/24 | ✓ | ✓ | Singh Contacts |
| 90B | 11/19/24 | ✓ | ✓ | Singh Travel Summary for Migrants |
| 90C | 11/19/24 | ✓ | ✓ | Singh Messages re Migrants with F.P. |
| 90D | 11/19/24 | ✓ | ✓ | Singh Messages with F.P. around January 19, 2022 |
| 90E | 11/19/24 | ✓ | ✓ | Singh Photo of Yash Patel Passport from F.P. |