UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-CR-040 (JRT/LIB)

UNITED STATES OF AMERICA,

    Plaintiff,

v.                       **NOTICE OF APPEARANCE**

PATEL ET AL,

    Defendant.

Please add and remove the following Assistant United States Attorney to the above-captioned case:

| Add AUSA | Remove AUSA |
|---|---|
| Lisa Kirkpatrick | Michael McBride |

Dated: May 28, 2025                    Respectfully submitted,

                                        LISA D. KIRKPATRICK
                                        Acting United States Attorney

                                        *s/Lisa D. Kirkpatrick*
                        BY:  Lisa D. Kirkpatrick
                                        Assistant U.S. Attorney