**IN THE UNITED STATE DISTRICT COURT
DISTRICT OF MINNESOTA**

**SENTENCING**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES-CRIMINAL** |
| | ) | |
| Plaintiff, | ) | Case No:    CR22-40(2) (JRT/LIB) |
| | ) | Date:         May 28, 2025 |
| v. | ) | Court Reporter:  Lori Simpson |
| | ) | Courthouse:      Fergus Falls |
| Steve Anthony Shand, | ) | Courtroom:        1 |
| | ) | Time Commenced:  2:38 p.m. |
| Defendant. | ) | Time Concluded:    3:19 p.m. |
| | ) | Time in Court:      41 Minutes |
| | ) | |

Before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

      For Plaintiff:     Lisa Kirkpatrick
      For Defendant:   Aaron Morrison, Lisa Lopez

**X Sentencing.**

IT IS HEREBY ORDERED that:

Defendant is sentenced to:  BOP 78 months; 78 months on counts 1, 2, 3, and 60 months on count 4
Supervised Release Term:  2 years

Said terms to run   X concurrently        ☐ consecutively

**X** Special conditions of :

        **See J&C for special conditions**

**X** Defendant sentenced to pay:
      **X** Special assessment in the amount of $400.00 to be paid.
X Defendant released pending execution of sentence of imprisonment on
    same terms and conditions as previously released.

X On Motion of the Gov't., the counts in the original indictment and the first superseding indictment are dismissed as to this defendant only.

Sealed Matters: Documents sealed pursuant to LR 49.1(c)(2) (ECF Nos. 230, 232, 234) will be unsealed when judgment is filed unless otherwise specified.

s/Heather Arent
Courtroom Deputy