# UNITED STATES DISTRICT COURT
## District of Minnesota
NOTICE OF APPEAL

USCA 8 NO _____

United States of America

Plaintiff

vs

Steve Anthony Shand

Defendant

District Court Docket Number: 22-cr-40 (2)

District Court Judge: John R. Tunheim

Notice is given that **Steve Anthony Shand** appeals to the United States Court of Appeals for the Eighth Circuit from the [✔] Judgment & Commitment [ ] Order (Specify) entered in this action on **June 4, 2025**

Signature of Defendant's Counsel: _/s/_

Typed name of Defendant's Counsel: **Aaron Morrison**

Street Address/Room Number: **300 S. 4th Street, Ste. 107**

Telephone Number: **(612) 664-5858**

City: **Minneapolis**  State: **MN**  Zip: **55415**

Date: **June 4, 2025**

## TRANSCRIPT ORDER FORM
### TO BE COMPLETED BY ATTORNEY FOR APPELLANT

[✔] Please Prepare a transcript of:
- [✔] Pre-trial proceedings
- [✔] Testimony or
- [ ] Portions thereof **trial**
- [✔] Sentencing
- [ ] Post Trial Proceedings
- [ ] Other (Specify)

[ ] I am not ordering a transcript because
- [ ] Previously filed
- [ ] Other (Specify)

### CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon US District Court, court reporter and all counsel of record, and that satisfactory arrangements for payment of costs of transcripts ordered have been made with the court reporter. (FRAP 10(b)). Method of payment _____ Funds, _____ CJA Form 24 completed (see separate CJA 24 form in criminal appeals form)

Attorney's Signature: _/s/_

Date: 06/04/2025

NOTE: Complete All Items on Reverse Side

# INFORMATION SHEET
## TO BE COMPLETED BY ATTORNEY FOR APPELLANT

1. Defendant's Address: **ADDRESS REDACTED**
   **ADDRESS REDACTED**

2. Date of Sentence: May 28, 2025   ☑ Jury   ☐ Non-Jury
   Offenses: 8:1324(a)(1)(A)(i), 1324(a)(1)(A)(v)(1),and 1324(a)(1)(B)(iii); 8:1324(a)(1)(A)(ii),
   1324(a)(1)(A)(v)(I),and 1324(a)(1)(B)(iii); 8:1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i);
   8:1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II),and 1324(a)(1)(B)(i);

   Trial Testimony - Number of days  5     Bail Status: In custody

3. Sentence and Date Imposed: 78 months

4. Appealing: Sentence ☐   Conviction ☐   Both ☑
   Challenging: ☑ Application of Sentencing Guidelines
   ☐ Constitutionality of Guidelines
   ☐ Both Application and Constitutionality

5. Date Trial Transcript ordered by Counsel or District Court: June 4, 2025
   Stenographer in Charge: Kristine Mousseau, 300 South 4th Street
   (Name, Address, Phone) Minneapolis, MN

6. Trial Counsel Was: ☑ Appointed (no fee required)   ☐ Retained (filing fee $505 unless IFP granted)
   Does Defendant's financial status warrant appointment of counsel on appeal?
   ☑ Yes   ☐ No
   Affidavit of Financial Status filed:

   Is there any reason why trial counsel should not be appointed as counsel on appeal?
   ☐ Yes   ☑ No

7. Assistant US Attorney Name and Phone Number: Lisa Kirkpatrick
   (612) 664-5600

## Court Reporter Acknowledgment

Date Order Received        Estimated Completion Date        Est. Number of Pages

Court Reporter Signature                                    Date

Noticeofappeal (11/05)