# UNITED STATES DISTRICT COURT
## District of Minnesota

**REVISED INFORMATION SHEET-Criminal Cases Only**

1. United States of America v. Steve Anthony Shand   CR 22-40(2) JRT
2. Defendant and Address:   Reg. No. 82611-509
   Address Redacted
3. Date of Verdict: 11/22/2024 Length of trial: 5 days. ☒ By Jury
4. Appealing:  ☒ Both conviction and sentence
5. Sentence:  Custody of BOP for 78 months, 2 yrs supervised release, special assmt of $400
6. Date sentence imposed: 5/28/2025
7. Defendant incarcerated? ☒ No-Voluntary Surrender Date is: 7/1/2025
8. Financial Status:  Fee paid?  ☒ N/A Counsel appointed
9. Notice of Appeal was filed on 6/4/2025
10. Court Reporter: Kristine Mousseau (ret.), Lori Simpson, Maria Weinbeck, Erin Drost
11. Trial Counsel:
    Aaron J Morrison and Lisa M Lopez
    Office of the Federal Defender
    300 South Fourth Street, Ste 107
    Minneapolis, MN 55415
    612-664-5858
    Email: aaron_morrison@fd.org and lisa_lopez@fd.org
12. Trial Counsel was:   ☒ Appointed

    Is there any reason why trial counsel should not be appointed on appeal?   ☒ No
13. Assistant U.S. Attorney: Lisa D. Kirkpatrick 612-664-5600

14. List of other defendants in this case & disposition:
    Harshkumar Ramanlal Patel – sentenced 5/28/2025

15. Additional Comments:

☒ Probation-Please send the PSI, Addendums and Statement of Reasons to the Criminal Unit.

Prepared by: clk