UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 22-CR-40 (JRT/LIB) |
| | ) | |
| v.          Plaintiff, | ) | |
| | ) | **STEVE SHAND'S** |
| STEVE ANTHONY SHAND, | ) | **MOTION TO EXTEND SELF** |
| | ) | **SURRENDER DATE** |
| Defendant. | ) | |
| | ) | |

Steve Shand, by and through his attorneys, moves this Court for an Order granting Mr. Shand a 14-day extension to self-surrender to serve his sentence. Mr. Shand's self-surrender date is July 1, 2025. As of today's date, Mr. Shand has not been designated by the BOP. Mr. Shand has continued to comply with his release conditions.

The Government's position is that Mr. Shand should report when designated or in two weeks, whichever is sooner. Wherefore, Mr. Shand respectfully requests the Court extend his currently scheduled July 1, 2025, self-surrender date for an additional 14-days.

Dated: June 26, 2025.                    Respectfully submitted,

_s/Aaron J. Morrison_
AARON J. MORRISON
Attorney ID No. 341241
LISA M. LOPEZ
Attorney ID No. 395791
Attorneys for Mr. Shand
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
