UNITED STATES DISTRICT COURT
DISTRICT of MINNESOTA

----------------------------------------------------------------

United States of America,                ) File No. 22-cr-40
                                          )              (JRT/LIB)
         Plaintiff,                       )
                                          )
vs.                                       ) Duluth, Minnesota
                                          ) March 27, 2024
(1) Harshkumar Ramanlal Patel,            )
(2) Steve Anthony Shand,                  ) **DIGITAL RECORDING**
                                          )
         Defendants.                      )

----------------------------------------------------------------

BEFORE THE HONORABLE LEO I. BRISBOIS
UNITED STATES DISTRICT COURT MAGISTRATE JUDGE

**(ARRAIGNMENT)**

Proceedings recorded by digital recording; transcript
produced with computer by certified court reporter.

LORI A. SIMPSON, RMR-CRR
(612) 664-5104

**APPEARANCES** (Via Zoom Videoconference):

| | |
|---|---|
| For the Plaintiff: | U.S. Attorney's Office<br>LAURA M. PROVINZINO, AUSA<br>300 South Fourth Street<br>600 U.S. Courthouse<br>Minneapolis, Minnesota 55415 |
| For Defendant Patel: | Leinenweber, Baroni & Daffada, LLC<br>THOMAS LEINENWEBER, ESQ.<br>120 North LaSalle Street<br>Suite 2000<br>Chicago, Illinois 60602<br><br>THOMAS C. PLUNKETT, ESQ.<br>332 Minnesota Street<br>Suite W1610<br>St. Paul, Minnesota 55101 |
| For Defendant Shand: | Office of the Federal Defender<br>AARON J. MORRISON, ESQ.<br>300 South Fourth Street<br>107 U.S. Courthouse<br>Minneapolis, Minnesota 55415 |
| Transcriber: | LORI A. SIMPSON, RMR-CRR<br>300 South Fourth Street<br>1005 U.S. Courthouse<br>Minneapolis, Minnesota 55415 |

**P R O C E E D I N G S**

**IN OPEN COURT**

**(VIA ZOOM VIDEOCONFERENCE)**

*(Defendants present)*

THE COURT: Good morning. This is the matter of the United States of America vs. Harshkumar Ramanlal Patel and Steven [sic] Anthony Shand. Court file is 22-cr-40.

Counsel, please note your appearance and representation for the record, starting with the government.

MS. PROVINZINO: Good morning, Your Honor. Laura Provinzino on behalf of the United States.

THE COURT: For defense?

MR. LEINENWEBER: Good morning, Judge. Tom Leinenweber and Tom Plunkett on behalf of the defendant, Mr. Patel, who is present by video.

MR. MORRISON: And good morning, Your Honor. Aaron Morrison appearing on behalf of Mr. Shand, who is also present via video.

THE COURT: All right. Mr. Patel, I can see you and I have been able to see and hear everyone else. Have you been able to see and hear everybody?

DEFENDANT PATEL: Yes, sir. Yes, Your Honor.

THE COURT: And Mr. Shand, likewise, I can see you. Have you been able to see and hear everyone?

DEFENDANT SHAND: Yes, sir.

THE COURT: All right. We are here today for purposes of conducting an arraignment pursuant to a Superseding Indictment.

I've been informed that members of the public have requested access to audio monitor this proceeding. This is an open court proceeding. And although we are proceeding by videoconference, that access is allowed and permissible.

However, let me remind the members of the public listening in, absolutely no electronic recordings of these proceedings can be made. The only official record is that which is being created here in the courtroom in Duluth, Minnesota. The creation of electronic or other verbatim audio/video proceedings outside of -- in this courtroom is strictly prohibited, and the production and use of such private recordings may result in sanctions.

All right. So we are obviously by videoconference this morning. Rule 5 of the Federal Rules of Criminal Procedure permit that. However, it requires consent of the defendants.

And so in this case let's start with Mr. Patel. Mr. Leinenweber or Mr. Plunkett, if you would conduct a colloquy to establish the record that Mr. Patel is consenting to video today.

MR. LEINENWEBER: Yes, Judge. This is

Mr. Leinenweber.  Mr. Patel does consent to proceed via video this morning.

THE COURT:  I understand that, but can you establish --

MR. LEINENWEBER:  Oh.

THE COURT:  -- through a colloquy a knowing and voluntary request and waiver of his personal appearance.

MR. LEINENWEBER:  Yes, Judge.

Mr. Patel, do you agree to allow this proceeding to proceed via video rather than be in person?

DEFENDANT PATEL:  Yes, sir.

THE COURT:  Mr. Patel, are you making that decision freely and voluntarily?

DEFENDANT PATEL:  Yes, sir.

THE COURT:  And by that I mean no one has made any threats or promises to you to get you to consent to proceeding by videoconference today?

DEFENDANT PATEL:  No, sir.

THE COURT:  And you're making that decision with the advice and assistance of your attorneys, Mr. Leinenweber and Mr. Plunkett?

DEFENDANT PATEL:  Yes, Your Honor.

THE COURT:  All right.  I find that Mr. Patel has knowingly and voluntarily consented to videoconference for purposes of the arraignment.

Mr. Morrison, if you would conduct a colloquy with Mr. Shand to establish his knowing and voluntary consent.

MR. MORRISON:  Yes, Your Honor.

Mr. Shand, you understand that we can do this hearing in person in Duluth, Minnesota, you understand that?

DEFENDANT SHAND:  Yes, sir.

MR. MORRISON:  You also understand that we can conduct this hearing via video conferencing, as we are doing right now?

DEFENDANT SHAND:  Yes, sir.

MR. MORRISON:  And you and I have talked about that; is that correct?

DEFENDANT SHAND:  Yes.

MR. MORRISON:  And is it your desire to have this hearing and arraignment via video today?

DEFENDANT SHAND:  Yes, sir.

MR. MORRISON:  Do you have any questions about your rights to have this hearing in person or via video for either myself or the Court?

DEFENDANT SHAND:  No.

MR. MORRISON:  And so it is your desire today to have your arraignment done via video; is that correct?

DEFENDANT SHAND:  Yes, sir.

MR. MORRISON:  Your Honor, is that sufficient?

THE COURT:  All right.  Mr. Shand, has anyone made

any threats or promises to you to get you to consent to video conference today?

DEFENDANT SHAND: No.

THE COURT: All right. And you're making that decision with the advice and assistance of your attorney, Mr. Morrison?

DEFENDANT SHAND: Yes, sir.

THE COURT: All right. I find that Mr. Shand has knowingly and voluntarily consented to arraignment on the Superseding Indictment today by videoconference.

All right. Then Mr. Patel is defendant number 1 on the Superseding Indictment, so we'll proceed with his arraignment first.

Mr. Leinenweber, Mr. Plunkett, are you and Mr. Patel ready to proceed?

MR. LEINENWEBER: We are, Your Honor.

THE COURT: All right. Mr. Patel, for the court record, could you state your full name, including your middle names [sic], and spell your last name.

DEFENDANT PATEL: Harshkumar Ramanlal Patel.

THE COURT: And could you spell your last name.

DEFENDANT PATEL: Patel, P-a-t-e-l.

THE COURT: All right. And Mr. Patel, also for the record, what year were you born? Just the year.

DEFENDANT PATEL: '95.

THE COURT: All right. 1995?

DEFENDANT PATEL: Yes, sir.

THE COURT: All right. Mr. Patel, a Superseding Indictment was filed on or about March 21st, 2024. You are -- Counts 1 through 7 in that Superseding Indictment are arrayed against you. At this time, sir, how would you like to plead?

DEFENDANT PATEL: Not guilty, Your Honor.

THE COURT: Not guilty?

DEFENDANT PATEL: Not guilty.

THE COURT: All right. Pleas of not guilty will be entered on the record on behalf of Mr. Patel as to all counts, 1, 2, 3, 4, 5, 6, and 7.

Also -- I jumped ahead a little bit -- Mr. Patel, you have the right to have the Indictment read into the public record today as well. You can waive the reading or we can read it into the record. The choice is yours, Mr. Patel. What would you like to do?

DEFENDANT PATEL: We can waive the --

THE COURT: All right. The record will reflect that Mr. Patel has waived the reading of the Indictment.

Then, Ms. Provinzino, anything else from the government relative to the arraignment of Mr. Patel?

(Pause)

THE COURT: Couldn't hear you.

MS. PROVINZINO:  No, Your Honor, nothing further as to the arraignment.

THE COURT:  All right.  Mr. Leinenweber or Mr. Plunkett, anything regarding the Indictment from the defense?

MR. LEINENWEBER:  No, sir.  Thank you, Judge.

THE COURT:  All right.  Then, Mr. Morrison, are you and Mr. Shand ready to proceed to arraignment?

MR. MORRISON:  We are, Your Honor.

THE COURT:  All right.  Mr. Shand, could you state your full name, including your middle name, and spell your last name.

DEFENDANT SHAND:  Steve Anthony Shand, S-h-a-n-d.

THE COURT:  And Mr. Shand, also for the Court's record, what year were you born?  Just the year.

DEFENDANT SHAND:  1974.

THE COURT:  All right.  Mr. Shand, the Superseding Indictment has been filed on March 21st, 2024.  It has Counts 4, 5, 6, and 7 alleged against you.  You have the right to have the arraignment -- I'm sorry, the Superseding Indictment read into the record in its entirety as well or you can waive the reading.  What would you like to do, sir?  The choice is yours.

DEFENDANT SHAND:  I would waive.

THE COURT:  I'm sorry?

DEFENDANT SHAND: I waive the --

THE COURT: You waive. The record will reflect that Mr. Shand has waived the reading of the Superseding Indictment.

Then, Mr. Shand, as to Counts 4, 5, 6, and 7 in the Superseding Indictment arrayed against you, how do you plead?

DEFENDANT SHAND: Not guilty, Your Honor.

THE COURT: All right. Pleas of not guilty will be entered on the record on behalf of Mr. Shand as to all counts in the Superseding Indictment arrayed against him.

Ms. Provinzino, anything else from the government relative to the arraignment of Mr. Shand?

MS. PROVINZINO: No, Your Honor.

THE COURT: Mr. Morrison, anything from the defense?

MR. MORRISON: No, Your Honor. Thank you.

THE COURT: All right. We -- the Court will be issuing an Eleventh Amended Arraignment Order sometime today, but I will just tell you that the case has been assigned to Judge John R. Tunheim for trial in this matter and that the government's Rule 16(a) disclosure deadline is April 3rd, 2024 and that the defendants' Rule 16(b) deadline for disclosures is April 10th, 2024.

Motion filing deadlines, motion hearing dates,

trial dates, any trial information, we'll get that all here this morning and early afternoon and we'll get this Eleventh Amended Arraignment Order docketed by the end of the day for everyone. It will have all the information that we are able to pull together.

Anything else today from the government on behalf of the case against Mr. Patel?

MS. PROVINZINO: No, nothing further from the government, Your Honor. Thank you.

THE COURT: Anything else from the government on behalf of the case against Mr. Shand?

MS. PROVINZINO: No, nothing further as well, Your Honor.

THE COURT: Mr. Leinenweber, Mr. Plunkett, anything else on behalf of your client, Mr. Patel?

MR. LEINENWEBER: Nothing. Thank you, Judge.

THE COURT: All right. Mr. Morrison, anything else today on behalf of your client, Mr. Shand?

MR. MORRISON: No, Your Honor.

THE COURT: All right. Mr. Morrison, you and Mr. Shand are on private Zoom access, so you can -- if you need meeting time, you can establish that on your own.

Mr. Leinenweber, Mr. Plunkett, do you want us to keep the Zoom link open with you and Mr. Patel? He is at the Douglas County facility. After we adjourn --

MR. LEINENWEBER: Yes, Judge, if we --

THE COURT: -- I mean.

MR. LEINENWEBER: Yes, Judge, if we could, please.

THE COURT: All right. Then Mr. Morrison, Mr. Shand, Ms. Provinzino, you -- we are adjourned and you may disconnect.

Mr. Patel and Mr. Plunkett and Mr. Leinenweber, just stand by and Ms. Beck will set up the breakout room for you. When you are done meeting, you can just disconnect and Mr. Patel can notify the members -- staff of the Douglas County facility that he's ready to return to the holding facility.

Thank you. We're adjourned.

MS. PROVINZINO: Thank you, Your Honor.

(Court adjourned)

*    *    *


I, Lori A. Simpson, certify that the foregoing is a correct transcript to the best of my ability as a certified court reporter from the official digital recording in the above-entitled matter.

Certified by: *s/ Lori A. Simpson*

Lori A. Simpson, RMR-CRR