UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-cr-40(2) (JRT/LIB)

| | |
|---|---|
| United States of America, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Motion to Seal Transcripts of Proceedings** |
| ) | |
| Steve Anthony Shand, ) | |
| Defendant. ) | |

Pursuant to Rule 49.1 of the Federal Rules of Criminal Procedure (FRCrP), undersigned counsel for Defendant Steve Shand respectfully moves to seal transcripts of jury trial proceedings in the above matter, referenced in the Court's electronic case filing (ECF) system, for reasons that follow:

1. This criminal prosecution involves an alleged "migrant smuggling" operation of non-citizen Indian nationals across the United States-Canada border, with focus upon one particular crossing incident that resulted in grave harm to identified non-citizen migrants, including the tragic deaths of two parents and their two young children. (*See, e.g.,* ECF 132 (government trial brief containing prosecution theory of case)).

2. The case proceeded to jury trial, including five days of trial proceedings, (ECF 168, 169, 171, 172, 173 (minute entries)), now reflected in official trial transcripts, (ECF 286, 287, 288, 289, 290 (trial transcripts)).

3. Initial review shows the trial transcripts are replete with identifying and/or sensitive information concerning the non-citizen migrants at issue, including: names,

descriptions, medical information, autopsy results, legal-immigration status, and the like. Of particular concern, this includes information about child victims mentioned above.

4. FRCrP 49.1(d) provides a district court "may order that a filing be made under seal without redaction." The Court's local rules provide that some documents must be filed under seal (including, *e.g.,* papers "that disclose the name of or any other information concerning a child" as provided under 18 U.S.C. § 3509(d)(2)), while others require a motion to seal. D. Minn. L.R. 49.1(c)(1) & (d). The trial transcripts arguably contain a mix of information falling under both provisions, such that undersigned counsel submits this motion covering all information contained in the trial transcripts.

5. Because the trial transcripts are replete with sensitive and/or protected information, it does not appear that redaction is practicable.

6. Accordingly, pursuant to FRCrP 49.1(d), undersigned counsel respectfully moves that the Court issue an order that the above-listed trial transcripts be filed "under seal without redaction."

Dated: August 12, 2025                    Respectfully submitted,

*s/ Eric Riensche*

_____
ERIC RIENSCHE
Attorney ID: 0309126
Office of the Federal Defender
District of Minnesota
U.S. Courthouse, Suite 107
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5858